BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 1:09-cr-00317 AWI |
| ) | |
| Plaintiff,   ) | ORDER CONTINING TRIAL |
| ) | CONFIRMATION AND TRIAL DATE |
| ) | AND EXCLUDING TIME |
| v.   ) | |
| ) | |
| JUAN SANCHEZ-GUDINO, et. al.   ) | |
| ) | |
| Defendants.   ) | |
| ) | |
| _____   ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, having stipulated and requested that the Court set the following schedule for the progress of the case, and vacate the current trial confirmation and trial dates in this case;

IT IS HEREBY ORDERED THAT the following schedule be set for the case:

| | |
|---|---|
| Trial Date: | March 13, 2012, 8:30 a.m. |
| Trial Confirmation/ Hearing In Limine Motions: | February 27, 2012, 9:00 a.m. |
| Filing In Limine Motions: | January 13, 2012 |
| Responses to In Limine Motions: | February 13, 2012 |

///

1

1    IT IS FURTHER ORDERED THAT the Trial Date of October 18, 2011 be vacated.

2    IT IS FURTHER ORDERED THAT, as the requested trial date represents the earliest date
3 that all counsel are available, taking into account their schedules and commitments to other clients,
4 and the need for preparation in the case, and the unavailability of counsel for defendant Sanchez-
5 Gudino and counsel for the government, time shall be excluded to and through the date of trial in
6 that failure to grant the requested continuance would unreasonably deny the defendants continuity of
7 counsel, and unreasonably deny both the defendants and the government the reasonable time
8 necessary for effective preparation, taking into account the parties' due diligence in prosecuting this
9 case. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds, based on the reasons articulated, that the
10 continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy
11 trial under the Speedy Trial Act.

12 IT IS SO ORDERED.

13 Dated:   September 29, 2011

14                                                                                CHIEF UNITED STATES DISTRICT JUDGE

2